UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    – v. –

JESUS FIGUEROA,
JOSHUA JENKINS,

           Defendants.

---

**Unsealing Order**

**S2 22 Cr. 253 (NRB)**

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas Burnett;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           July 16, 2024

                                   HONORABLE ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK