

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

December 3, 2024

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, NY 10007

    Re: <u>United States</u> v. <u>Jenkins & Figueroa</u>, 22 Cr. 253 (NRB)

Dear Judge Buchwald:

  There is currently a status conferenced scheduled in the above-captioned case for December 10, 2023. The parties respectfully request an adjournment to January 14, 2025, at any time other than 11 a.m., or to another date that works with the Court's schedule. The adjournment will give the parties additional time to produce and review discovery, discuss potential resolutions, and consider whether motion practice is necessary.

  The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference date. An exclusion of time is in the interests of justice for the same reasons that an adjournment is necessary.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Thomas Burnett_____
Thomas Burnett
Assistant United States Attorney
(212) 637-1064

```
The status conference is
adjourned until Tuesday,
January 14, 2025 at 1:15 p.m.
Speedy trial time is excluded
until then. See 18 U.S.C. §
3161(h)(7)(A).  So ordered.
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated: December 4, 2024
       New York, New York
```