

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Building*
*26 Federal Plaza*
*New York, New York 10278*

December 11, 2025

**By ECF**
Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, NY 10007

  **Re:  <u>United States</u> v. <u>Figueroa</u>, 22 Cr. 253 (NRB)**

Dear Judge Buchwald:

  The Government writes to request a short extension of the deadline to file a sentencing submission in the above-captioned case. Sentencing is schedule for January 13, 2026. The Government's sentencing submission is due December 12, 2025. The Government respectfully requests an extension of its deadline to December 17, 2025. The Government has conferred with defense counsel, who consents the extension.

           Respectfully submitted,

           JAY CLAYTON
           United States Attorney

Application granted.
**So ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
     December 12, 2025

      by: ___*/s/ Thomas Burnett*_____
      Thomas Burnett
      Assistant United States Attorney
      (212) 637-1064